MELINDA HAAG (CABN 132612)
United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

RAVEN M. NORRIS (CABN 232868)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6915
    FAX: (415) 436-6978
    Raven.Norris@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR 14-0442-WHO |
|---|---|
| Plaintiff, | ) ORDER RESTRAINING SALE PROCEEDS |
| v. | ) RECEIVED BY DEFENDANT AND JEAN ) HOUSTON |
| HENRY LO, | ) |
| Defendant. | ) |

    The Court, having considered the Stipulation for Entry of Order Restraining Sale Proceeds Received by Defendant ("Stipulation") entered into by the United States and defendant Henry Lo and his wife, Jean Houston, based on the advice of counsel, hereby approves the Stipulation and ORDERS as follows:

    1.    Defendant and his wife, Jean Houston, shall not transfer, or otherwise dissipate any net proceeds, as defined in paragraph I of the approved Stipulation, received from the sale of 540 Grove Street, Healdsburg, California until further order of the Court.

    2.    All net proceeds received by Defendant or his wife, Jean Houston, from the sale of 540 Healdsburg, California, shall be paid over and deposited into the Court's Registry.

PROPOSED ORDER

1

1      3.    The Clerk of Court for the Northern District of California shall accept from the title company identified in the sale agreements, a check made payable to "Clerk, United States District Court," in the amount of the net proceeds of sale as defined by Paragraph I of the approved Stipulation, and to hold such funds in the registry of the Court, including interest earned thereon, pending resolution of the parties' rights to the net proceeds.

    This order shall be considered served upon any person or entity based upon actual notice, whether by telephone, facsimile, mail or other means.

IT IS SO ORDERED

Dated: April 1, 2015



WILLIAM H. ORRICK
United States District Court Judge

PROPOSED ORDER