MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KYLE F. WALDINGER (CABN 298752)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6830
    Facsimile: (415) 436-7234
    E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-0442 WHO |
|     Plaintiff, | **UNITED STATES' NOTICE TO THE COURT** |
| v. | |
| HENRY LO, | Sentencing Date: April 9, 2015<br>Time: 1:30 p.m.<br>Court: Hon. William H. Orrick |
|     Defendant. | |

The defendant Henry Lo's next scheduled appearance is April 9, 2015. At the last appearance on March 26, 2015, the parties discussed that there was a possibility of resolving additional alleged criminal conduct, and indicated that the April 9 hearing might be for entry of plea.

The parties have not reached a global resolution. In addition, defense counsel has informed government counsel that, if there are new charges, the defendant Mr. Lo will need to obtain different counsel.

It is the government's preference that the Court proceed with sentencing on April 9, 2015. In the alternative, the government requests that the Court grant the United States' Application for a

//

//

//

USA'S NOTICE
CR 14-0442 WHO

Preliminary Order of Forfeiture at the April 9, 2015, hearing.

DATED:   April 7, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
KYLE F. WALDINGER
Assistant United States Attorney

USA'S NOTICE
CR 14-0442 WHO